Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
SHIRLEY A. MARTINEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY A. MARTINEZ ) | Case No.: 2:15-cv-02651-CMK |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include September 7, 2016, in which to file Plaintiff's Motion for Summary Judgment and/or Remand; and that all other deadlines set forth in the February 22, 2016 Case Management Order shall be extended accordingly.  Specifically, Defendant's opposition shall be due on or before October 7, 2016.  Plaintiff's reply shall be due on or before October 27, 2016.  IT IS SO ORDERED

Dated:  August 26, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-1-