IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY A. MARTINEZ, | No. 2:15-CV-2651-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pursuant to the court's August 26, 2016, order plaintiff was required to file her dispositive motion by September 7, 2016. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, plaintiff has not filed a dispositive motion.

/ / /

/ / /

/ / /

1       Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to file a dispositive motion.  Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

      IT IS SO ORDERED.

DATED: January 20, 2017

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE