**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY A. MARTINEZ, | No. 2:15-CV-2651-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pursuant to the court's August 26, 2016, order plaintiff was required to file her dispositive motion by September 7, 2016. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. As of January 23, 2017, plaintiff had not complied and the court directed her to show cause why this action should not be dismissed. Plaintiff filed her response on January 24, 2017. Good cause appearing therefor, the order to show cause will be discharged and plaintiff will be granted an extension of time to file a dispositive motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on January 23, 2017, is discharged; and

2. Plaintiff shall file her dispositive motion within 30 days of the date of this order.

DATED: February 3, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE