**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY A. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:15-CV-2651-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on February 13, 2018, and plaintiff appealed. The appellate court has decided the case and returned jurisdiction to this court. The matter is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the Ninth Circuit Court of Appeals' January 10, 2019, memorandum disposition. Plaintiff's counsel's motion for

/ / /

/ / /

/ / /

/ / /

/ / /

1

attorney's fees (Doc. 34) will be addressed by this court separately.  The Clerk of the Court is directed to enter judgment and close this file.

        IT IS SO ORDERED.

Dated:  March 26, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE