MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

|  |  |
|---|---|
| SHIRLEY MARTINEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:15-cv-02651-DMC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SUPPLEMENTAL BRIEFING DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT (DKT 34).** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Attorneys Fees Pursuant to Equal Access to Justice Act (EAJA) be extended for thirty additional days from April 4, 2019 to **May 6, 2019**, with Plaintiff's reply due, on or before **May 20, 2019**. This is the parties' first request for extension to modify the briefing schedule for Plaintiff's EAJA Motion. Good cause exists to grant the request for extension. The parties are actively negotiating EAJA fees and hopefully will resolve the issue without the need for further or additional motion practice. Counsel for Defendant was out of the office on sick leave and personal leave during the time Plaintiff's Counsel contacted her and was unable to get a response in time prior to filing of Plaintiff's EAJA

Joint Stipulation for Extension of Time and PO; 2:15-cv-02651-DMC

Motion. The parties make this request in good faith with no intention to unduly delay the proceedings. As such, the new deadline for Defendant's response to Plaintiff's EAJA Motion shall be on or before **May 6, 2019**, and Plaintiff's reply, if any, shall be on or before **May 20, 2019**.

Respectfully submitted,

Dated: March 26, 2019                                 */s/ *John Johnson*
                                               (*as authorized by email on March 20, 2018)
                                               JOHN JOHNSON
                                               Attorney for Plaintiff

Dated: March 26, 2019                                 MCGREGOR W. SCOTT
                                               United States Attorney
                                               DEBORAH LEE STACHEL
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration

                                     By      */s/  Tina L. Naicker*
                                               TINA L. NAICKER
                                               Special Assistant U.S. Attorney
                                               Attorneys for Defendant

.

**ORDER**

APPROVED AND SO ORDERED:

Dated: March 28, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation for Extension of Time and PO; 2:15-cv-02651-DMC