MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SHIRLEY MARTINEZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:15-cv-02651-DMC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SUPPLEMENTAL BRIEFING DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT (DKT 34).** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Attorneys Fees Pursuant to Equal Access to Justice Act (EAJA) be extended for thirty additional days from May 6, 2019 to **June 6, 2019**, with Plaintiff's reply due, on or before **June 20, 2019**. This is Defendant's second request for extension to modify the briefing schedule for Plaintiff's EAJA Motion. Good cause exists to grant the request for extension. Counsel for Defendant has had multiple family deaths in the recent weeks and was out on leave. Counsel for Defendant also has been out on intermittent sick leave due to her ongoing health issues. In addition, Counsel for Defendant is expected to be out the first week of May to take care of her elderly mother following her surgery. Defendant makes

this request in good faith and is still attempting to resolve the matter without further motion practice. As such, the proposed new deadline for Defendant's response to Plaintiff's EAJA Motion shall be on or before **June 6, 2019**, and Plaintiff's reply, if any, shall be on or before **June 20, 2019**.

Respectfully submitted,

Dated: May 1, 2019
*/s/ *John Johnson*
(*as authorized by email on April 30, 2019)
JOHN JOHNSON
Attorney for Plaintiff

Dated: May 1, 2019
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By    */s/  Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

.

## **ORDER**

APPROVED AND SO ORDERED NUNC PRO TUNC TO MAY 6, 2019:

Dated: May 15, 2019
_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE