1 | JOHN V. JOHNSON
Attorney for Plaintiff
2 | McGregor W. Scott
United States Attorney
3 | DEBORAH LEE STACHEL, Bar No. 230138
Regional Chief Counsel, Region IX
4 | Tina L. Naicker
Special Assistant United States Attorney

Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (760) 342-2972
E-Mail: Tina.Naicker@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHIRLEY A. MARTINEZ, ) | CASE. No.: 2:15-CV-02651-DMC |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | FOR ATTORNEY'S FEES PURSUANT |
| vs. ) | TO 28 U.S.C. SECTION 2412(d) |
| ) | |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

1       It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Shirley A. Martinez, will be awarded attorney fees in the amount of THIRTEEN THOUSAND FIVE HUNDRED and NO CENTS DOLLARS ($13,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

      After the Court issues an order for EAJA fees to Shirley A. Martinez, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

      Fees shall be made payable to Shirley A. Martinez, but if the Department of the Treasury determines that Shirley A. Martinez, does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered to John V. Johnson.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  This stipulation constitutes a compromise settlement of Shirley A. Martinez's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Shirley A. Martinez, and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. Section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: May 28, 2019

/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: May 28, 2019

McGREGOR W. Scott
United States Attorney
  DEBORAH L. STACHEL Acting
  Regional Chief Attorney, Region IX
  Social Security Administration

By: / s / Tina L. Naicker
  TINA L. NAICKER
  Special Assistant U.S. Attorney
  Attorney for Defendant

APPROVED AND SO ORDERED.

Dated:  June 6, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE